SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Holdgrafer Family Partnership,<br><br>Limited Partnership,<br><br>         Defendants | Case No. **2:12-cv-00918-WBS-KJN**<br><br>**ORDER RE: SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than August 12, 2013.  The Status Conference is continued to September 3, 2013 at 2:00 p.m. pending the submission of the dispositional documents.

Dated:  July 17, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE