SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No.**2:12-cv-00918-WBS-KJN** |
|        Plaintiff, | ) **ORDER RE: SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
|    vs. | ) |
| Holdgrafer Family Partnership, | ) |
| Limited Partnership, | ) |
|       Defendants | ) |

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than August 12, 2013.  The Status Conference is continued to September 3, 2013 at 2:00 p.m. pending the submission of the dispositional documents.

Dated:  July 17, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS